NUMBER 13-06-300-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________  _______________   

 

 

IN RE: GUIDANT CORPORATION, GUIDANT SALES CORPORATION, GUIDANT PUERTO
RICO SALES CORPORATION & CARDIAC PACEMAKERS, INC.

___________________________________________________   __________      

 

 

On Petition for Writ of Mandamus 

and Motion for Emergency Relief.



 

_____________________________________________________   _________    


                     MEMORANDUM OPINION

 

         Before Chief Justice Valdez and
Justices Rodriguez and Garza

                            Memorandum Opinion
Per  Curiam

                                                    








Relators, Guidant
Corporation, Guidant Sales Corporation, and Guidant Puerto Rico Sales
Corporation & Cardiac Pacemakers, Inc., filed a petition for writ of
mandamus and motion for emergency relief on June 6, 2006.  After the petition and motion were filed,
relators filed a motion to dismiss wherein they announced that they had reached
an agreement with real parties in interest and that they no longer wish to
prosecute either the petition for writ of mandamus or the motion for emergency
relief.      The
Court, having considered the documents on file and relators= motion to dismiss, is of the opinion that the
motion should be granted.  Relators= motion to dismiss is hereby granted.  Relators= petition for writ of mandamus is DISMISSED.  Additionally, relators= motion for emergency relief is DENIED AS MOOT.

PER CURIAM

Memorandum Opinion delivered and 

filed this 7th day of June, 2006.